IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH MCDANIEL, | § | |
| #26004940, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | 3:26-CV-1604-G-BK |
| DALLAS COUNTY JAIL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and any objections thereto,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

**SO ORDERED**.

November 13, 2026.

A. Joe Fish

A. JOE FISH
**Senior United States District Judge**

[*] The court liberally construes page 2 of the plaintiff's Certificate of Inmate Trust Account as a request for leave to amend the complaint and denies it as futile. *See* docket entry 16 at 2 (attempting to name an unnamed grievance officer in lieu of the defendant Dallas County Jail). Even assuming that the plaintiff can name a proper defendant, her allegations do not state a plausible claim as detailed in the Findings and Conclusions of the Magistrate Judge.